| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Sara Woodward | Telephone: (313) 226-9100 |
|---|---|---|
| | Special Agent: Molly Blesi | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Steven Wayne Conway | Case No. 25-mj-30092 |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23-26, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications-Interstate threats. |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Molly Blesi, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 26, 2025

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Molly Blesi, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent, with the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since December 2021. I am assigned to the Detroit, Michigan field office on the Joint Terrorism Task Force. I am responsible for investigating Domestic Terrorism cases (including Racially Motivated Violent Extremism, Anti-Government Extremism, Anarchist Extremism, Abortion Extremism, and Militia Extremism), as well as other CT threat assessments and threat to life matters. I have experience in the investigation, apprehension and prosecution of individuals involved in federal criminal offenses.

2. I have investigated federal criminal violations involving firearms, threats of violence communicated over phone and through the use of the internet, and threats of violence intended to intimidate or coerce. During these investigations, my duties included participating in search warrants, electronic and physical surveillance, and electronic analysis. I have also conducted numerous investigations in which the seizure of electronic devices has aided in identifying individuals responsible for or involve with various criminal activities. I have been involved in the investigation, apprehension, and prosecution of individuals who use electronic devices to commit

1

federal offenses. I understand the technology that can be used by law enforcement to assist in identifying the users of electronic devices and their locations. I have also consulted with other law enforcement officers and agents with extensive experience in investigating cases involving domestic terrorism and threats to life. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Steven Wayne Conway (CONWAY) for violations of 18 U.S.C. § 875(c) Interstate communications – interstate threats.

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that CONWAY has violated the above statutes.

## FACTS ESTABLISHING PROBABLE CAUSE

6.     On January 23, 2025, the Detroit Division of the FBI received information from DTE Energy that an unknown individual contacted DTE's call center twice and made threats to harm employees.

7.     In the initial call, when asked to provided identifying information, the caller stated:

- "No, but the list of share uh holders that you have will be targeted for assassination, due the fact that you guys have poisoned people and then fled this fucking state after you did that."

8.     In the second phone call, when asked to provide identifying information, the caller stated:

- "[M]mm no I'm going to stay confidential, but I will start by making a statement to your corporation. Give your crimes against of humanity, um you have given people cancer here and then you move your facility, we will be hunting you and killing you, I hope you realize that your corporation will be hunted down, all DTE members will be fucking assassinated."

9.     According to DTE's call center, the phone number used to place the threatening calls described above was XXX-XXX-2838 (x2838). This number is assigned to T-Mobile.

10. Based on my training and experience, I know that DTE's call center is located in Wisconsin, and therefore there is probable cause to believe the communications described above were transmitted interstate. *See United States v. Houston*, 683 F. App'x 434, 439–40 (6th Cir. 2017).

11. On January 24, 2025, an Emergency Disclosure Request (EDR) was sent to T-Mobile requesting subscriber information for x2838 and phone location data for 48 hours (*i.e.*, from January 24 to January 26, 2025).

12. On the same day, T-Mobile provided the requested information, and records revealed the subscriber of the phone number was CONWAY with an address in Hazel Park, Michigan. According to Hazel Park Police Department reports, however, CONWAY no longer lived at the Hazel Park address.

13. I also researched the phone number x2838 and determined that it was associated with a phone call to the FBI in July 2024 in which the caller identified himself as CONWAY. I also learned that CONWAY, utilizing different phone numbers, had contacted the FBI approximately seven times between 2022 and 2024 for perceived grievances against government officials, including Michigan Governor Gretchen Whitmer.

14. Further, x2838 was associated with two police reports related to threatening phone calls. The two reports originated from the Warren Police Department and the Roseville Police Department on October 8, 2024.

15.   On October 9, 2024, in response to the threatening call reported on October 8, 2024, a Roseville Police Department detective contacted the caller via phone and spoke with an individual who identified himself as CONWAY. CONWAY told the detective he had called multiple departments in the region and admitted he made the threatening phone call to the Roseville PD. CONWAY also stated, "[W]hen I have to revert to threatening in order to do what I have to do for the greater good, and what's right, I'm sorry I have to do that." Later on in the interview, CONWAY stated, "Am I a danger to others, no, Am I threatening in order to get shit done, hell yeah I am. That's how I was raised to."

16.   On January 27, 2025, FBI Detroit received information that a user (USER-1) on an online platform, referred to here as Application A, posted the following:

- "We are going too kill whitmer You in Governor gretchen whitmer Marked for assination I have given a list of names and you will be targeted and killed for your actions against me LGBTQ will fall."

17.   Based on my training and experience, I know that Application A's servers are in Ohio, so there is probable cause to believe that the communication described above were transmitted in interstate commerce.

18.   Application A, provided an email address and an IP address associated with USER-1. The email was subscribed to CONWAY and the subscriber to the IP address was believed to be a relative of CONWAY's, located in Michigan.

19.     On February 17, 2025, search warrants were executed at CONWAY's residence in Macomb County. During the search, law enforcement located an LG cellphone in the area CONWAY indicated he slept. Agents called x2838 and the LG cellphone rang. Agents then seized and subsequently manually reviewed the phone.

20.     A review of CONWAY's phone revealed threats made to various social media platforms that banned CONWAY from use. On January 26, 2025, an email was sent by the same email associated with Application A, to an online dating site, referred to here as Application B. The email read as follows:

- "You will be killed I openly threaten you and your staff you will be targeted abd killed picked off I do not negotiate with terrorist domestic or foreign you are guilty for sedition and this is why I openly warn you your are marked for death and every employees that serves your company guilty of associated you will be shot burned kidnapped and hung do you understand this is a direct threat too your lives not a warning the first deaths will be within the next 72 days I hate gay faggots and there is not place for you in the future you will be picked off one by one till your dead call the cops FBI etc We will not be stopped we will kill any officer and agent that defends you savages"

21.     I am aware that Application B is based in Quebec, Canada, and threats posted on this platform are transmitted in interstate commerce.

22. On February 17, 2025, CONWAY agreed to speak with law enforcement. After being advised of his *Miranda* rights, CONWAY said:

- He considered himself "loose lipped" and "loud mouthed" and believed sometimes people needed to "have some fire lit under their ass, in order get the job done." CONWAY clarified what he meant by "have some fire lit under their ass" stating, when he "loses himself" or feels "anguish", they [whoever he is interacting with] "lead me up to that one."

- CONWAY remembered calling DTE and talking to several people. CONWAY said that he called DTE because he had read articles and saw in the news that DTE had left Michigan and "poisoned our lakes." CONWAY was frustrated because he was transferred to multiple people and "dealt with a lot of assholes along the way," so he escalated. CONWAY was "outraged" about "environmental disasters" that a "corporation would dump and run like that."

- CONWAY was familiar with Application A and used it a lot to stream and post "fake" things. He remembered making statements about Gov. Whitmer but not posting about Gov. Whitmer.

## CONCLUSION

23. Based upon the facts set forth in this affidavit, there is probable cause to believe that, within the Eastern District of Michigan, STEVEN WAYNE CONWAY

7

did transmit, in interstate commerce, a communication which contained a threat to injure the person of another in violation of Title 18, United States Code, Section 875(c).

                              Respectfully submitted,

                              Molly Blesi, Special Agent
                              Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Date: February 26, 2025