AUSA: Sara Woodward        Telephone: (313) 226-9100
Special Agent: Molly Blesi   Telephone: (313) 965-2323

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/ Shelby Hicks
Deputy



United States of America
v.
Steven Wayne Conway

Case No. 25-mj-30092

F I L E D
FEB 2 8 2025
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Steven Wayne Conway,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
In Violation of 18 U.S.C. § 875(c) Interstate Communications-Interstate threats.

Date: February 26, 2025

*Issuing officer's signature*

City and state: Detroit, Michigan

Anthony P. Patti    United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/24/25, and the person was arrested on *(date)* 2/27/25
at *(city and state)* Center Line, MI.

Date: 2/27/25

*Arresting officer's signature*
SA Molly Blesi
*Printed name and title*

---

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA