S

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

STEVEN CONWAY,

    Defendant.
_____/

Case: 2:25-cr-20265
Assigned To : White, Robert J.
Referral Judge: Patti, Anthony P.
Assign. Date : 4/17/2025
Description: IND USA STEVEN CONWAY (MC)

Violation: 18 U.S.C. § 875(c)

## **INDICTMENT**

The Grand Jury charges:

### **COUNT ONE**
### 18 U.S.C. § 875(c)
*Interstate Communications—Threats*

On or about January 23, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Steven Conway, knowingly transmitted, in interstate commerce, a communication containing a threat to injure the person of another. Specifically, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, Conway used a cell phone to place a phone call where he stated the following:

> The list of shareholders that you have will be targeted for assassination, due to the fact that you guys have poisoned people and then fled this fucking state after you did that.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
### 18 U.S.C. § 875(c)
*Interstate Communications—Threats*

On or about January 27, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Steven Conway, knowingly transmitted, in interstate commerce, a communication containing a threat to injure the person of another. Specifically, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, Conway posted the following message on the internet:

> We are going too kill whitmer You in Governor gretchen whitmer Marked for assination I have given a list of names and you will be targeted and killed for your actions against me LGBTQ will fall

All in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 981 and 28 U.S.C. § 2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 875(c), the defendant shall forfeit to the United States any property which constitutes or is derived from proceeds

traceable to the offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), together with Title 28, United States Code, Section 2461.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

    (a)    Cannot be located upon the exercise of due diligence;

    (b)    Has been transferred or sold to, or deposited with, a third party;

    (c)    Has been placed beyond the jurisdiction of the Court;

    (d)    Has been substantially diminished in value; or

    (e)    Has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JULIE A. BECK
Acting United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit

*s/ Stephen Carr*
STEPHEN CARR
Assistant United States Attorney

Dated: April 17, 2025

4

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove[r] | Case: 2:25-cr-20265<br>Assigned To : White, Robert J.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 4/17/2025<br>Description: IND USA STEVEN CONWAY (MC) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

**Companion Case Number:**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

**Judge Assigned:**

☐ Yes    ☒ No

**AUSA's Initials:** SC

**Case Title:** USA v. Steven Conway

**County where offense occurred:** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 25-mj-30092]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 17, 2025
Date

Stephen Carr
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9100
Fax: 313-226-2372
E-Mail address: Stephen.Carr@usdoj.gov
Attorney Bar #: P83623

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.